RECEIVED
JAN 23 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| NELDA MASON, Plaintiff | CIVIL ACTION NO. 1:17-CV-00744 |
| VERSUS | JUDGE DRELL |
| ROBERTA DANZA, *ET AL.*, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Mason's Motion to Remand (Doc. 15) is GRANTED.

IT IS FURTHER ORDERED this case is REMANDED to the Seventh Judicial District Court for the Parish of Concordia, State of Louisiana.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 22nd day of January, 2018.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT